| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>Philip L. Fraietta (State Bar No. 354768)<br>50 Main Street, Suite 475<br>White Plains, NY 10606<br>Telephone: (914) 874-0710<br>Facsimile:  (914) 206-3656)<br>E-mail: pfraietta@bursor.com<br><br>**BURSOR & FISHER, P.A.**<br>Jenna L. Gavenman (State Bar No. 348510)<br>Joshua B. Glatt (State Bar No. 354064)<br>1990 North California Blvd., 9th Floor<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile:  (925) 407-2700<br>E-mail: jgavenman@bursor.com<br>         jglatt@bursor.com<br><br>*Attorneys for Plaintiff* | Ronald Rothstein (*pro hac vice*)<br>RRothste@winston.com<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, Illinois 60601-9703<br>Telephone: (312) 558-5600<br><br>Jared Kessler (*pro hac vice*)<br>JRKessler@winston.com<br>WINSTON & STRAWN LLP<br>200 South Biscayne Boulevard, Suite 2400<br>Miami, Florida 33131<br>Telephone: (305) 910-0500<br><br>Shawn Obi (SBN: 288088)<br>SObi@winston.com<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue<br>Los Angeles, California 90071<br>Telephone: (213) 615-1763<br><br>*Attorneys for Defendant*<br>*TDBBS, LLC d/b/a BARKWORTHIES* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEONARDO GARCIA, individually and on behalf of all others similarly situated,<br><br>                                   Plaintiff,<br><br>     v.<br><br>TDBBS, LLC d/b/a BARKWORTHIES,<br><br>                                   Defendant. | Case No. 3:25-cv-00299-AMO<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge:  Hon. Araceli Martínez-Olguín |

| | |
|---|---|
| 1 | **STIPULATION OF DISMISSAL** |
| 2 | Plaintiff Leonardo Garcia ("Plaintiff") and Defendant TDBBS, LLC d/b/a Barkworthies |
| 3 | (collectively, the "Parties"), by and through their respective undersigned counsel of record, hereby |
| 4 | stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims |
| 5 | asserted individually by Plaintiff are dismissed with prejudice, and the putative class claims are |
| 6 | dismissed without prejudice.  Each side will be responsible for and bear its own attorneys' fees, |
| 7 | costs, and expenses. |

Dated: November 19, 2025             **BURSOR & FISHER, P.A.**

By:   */s/ Philip L. Fraietta*

Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile:  (914) 206-3656)
E-mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Jenna L. Gavenman (State Bar No. 348510)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: jgavenman@bursor.com
            jglatt@bursor.com

*Attorneys for Plaintiff*

Dated: November 19, 2025             **WINSTON & STRAWN LLP**

By:   */s/ Ronald Rothstein*

Ronald Rothstein (*pro hac vice*)
RRothste@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5600

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jared Kessler (*pro hac vice*)
JRKessler@winston.com
WINSTON & STRAWN LLP
200 South Biscayne Boulevard, Suite 2400
Miami, Florida 33131
Telephone: (305) 910-0500

Shawn Obi (SBN: 288088)
SObi@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, California 90071
Telephone: (213) 615-1763

*Attorneys for Defendant*
*TDBBS, LLC d/b/a BARKWORTHIES*

**SIGNATURE ATTESTATION**

I, Philip L. Fraietta, as the ECF user and filer of this document, attest pursuant to N.D. Cal. L.R. 5-1(i)(3) that each of the other signatories have concurred in the filing of the document.

Dated: November 19, 2025                    */s/ Philip L. Fraietta*
                                                                   Philip L. Fraietta